ELLEN F. ROSENBLUM
Attorney General
BRIAN A. DE HAAN #155251
IAN VAN LOH #225163
Senior Assistant Attorneys General
Department of Justice
100 SW Market Steet
Portland, OR 97201
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  brian.a.dehaan@doj.oregon.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| WHEELS FINANCIAL GROUP, LLC, d/b/a LoanMart and WFG PURCHASER, LLC,<br><br>  Plaintiffs,<br><br>  v.<br><br>ANDREW R. STOLFI, in his official capacity as Director of the Oregon Department of Consumer and Business Services, TK KEEN, in his official capacity as Administrator of the Oregon Department of Consumer and Business Services, Division of Financial Regulation, and DOROTHY BEAN, in her official capacity as Chief of Enforcement of the Oregon Department of Consumer and Business Services, Division of Financial Regulation,<br><br>  Defendants. | Case No.  3:24-cv-01543-SB<br><br>JOINT MOTION TO EXTEND DEADLINES |

Page 1 -   UNOPPOSED MOTION TO EXTEND DEADLINES
   IV1/dd2/974082605

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

To the Court:

The parties, by and through their counsel, jointly move under Federal Rule of Civil Procedure 6(b)(A) to extend the time for Defendants to respond to the Complaint (ECF No. 1) and to Plaintiffs' Motion For a Preliminary Injunction (see ECF No. 4) (the "PI Motion") consistent with the schedule proposed below.  The schedule, agreed to by both parties, will ensure the efficient use of the Court's and the parties' time and resources.  This motion is based on good cause.

The response deadline for Plaintiffs' PI motion is September 30, whereas a response to the complaint is not due until October 7, 2024. Aligning these deadlines will allow defendant to provide a single combined motion and opposition. It will streamline briefing, reducing the number of filings by the parties. To allow Defendants adequate time to investigate the allegations and prepare a response to the PI motion, the parties request that the court approve the following responsive pleading and PI Motion deadlines, as well as the subsequent briefing schedule:

- October 15, 2024 – Deadline for Defendants to file motion to dismiss and opposition to the PI Motion

- November 13, 2024 – Deadline for Plaintiff to file opposition Defendants' motion to dismiss and reply on PI Motion

- November 27, 2024 – Deadline for Defendants to file reply on Defendants' motion to dismiss

//

Page 2 -   UNOPPOSED MOTION TO EXTEND DEADLINES
IV1/dd2/974082605

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

This motion is made in good faith and not for the purposes of delay. For the foregoing reasons the parties respectfully request the Court grant their motion to extend deadlines and establish the proposed briefing schedule.

DATED September  25 , 2024.

                                                Respectfully submitted,

                                                ELLEN F. ROSENBLUM
                                                Attorney General

                                                *s/ Brian A. de Haan*
                                                BRIAN A. DE HAAN #155251
                                                IAN VAN LOH #225163
                                                Senior Assistant Attorneys General
                                                Trial Attorneys
                                                Tel (503) 947-4700
                                                Fax (503) 947-4791
                                                brian.a.dehaan@doj.oregon.gov
                                                ian.vanloh@doj.oregon.gov
                                                Of Attorneys for Defendants

                                                *s/ James E. Kim*
                                                JAMES E. KIM *pro hac vice*
                                                THOMAS N. ABBOTT #193043
                                                Troutman Pepper Hamilton Sanders LLP
                                                Tel: (503) 290-2322
                                                james.kim@troutman.com
                                                thomas.abbott@troutman.com
                                                Attorneys for Plaintiffs

Page 3 -   UNOPPOSED MOTION TO EXTEND DEADLINES
       IV1/dd2/974082605

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791